O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

MYRIAM ARACELLY OROZCO OROZCO,

               Petitioner,

    v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et. al.,

               Respondents.

Case No. EDCV 26-3144-CAS (AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation ("R&R") of United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, but with a modification as stated below.

Respondents object solely to the R&R's recommended remedy of an injunction requiring a pre-deprivation hearing before Petitioner may be re-detained. (<u>See</u> Dkt. No. 12). Respondents' arguments are unpersuasive overall for the same reasons set forth in <u>Alwarhani v. Adelanto ICE Processing Ctr.</u>, 2026 WL 1847435, at *2-4 (C.D. Cal. June 26, 2026). Nonetheless, as in that case, the Court modifies the injunction recommended in the R&R to clarify that it

applies only to any future attempt to re-detain Petitioner pursuant to 8 U.S.C. § 1226(a).

IT IS ORDERED that Judgment be entered granting the Petition, ordering Respondents to immediately release Petitioner Myriam Aracelly Orozco Orozco (A# 246-400-678) from immigration detention, under the same conditions to which she was subject prior to her current detention, and enjoining and restraining Respondents from re-detaining Petitioner pursuant to 8 U.S.C. § 1226(a) absent notice and a pre-deprivation hearing before a neutral arbiter at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community.

Respondents are further ordered to file a status report within three days of the date of this Order confirming Petitioner's release from custody.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 10, 2026

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2