JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MYRIAM ARACELLY OROZCO OROZCO,<br><br>                  Petitioner,<br><br>        v.<br><br>WARDEN, ADELANTO ICE<br>PROCESSING CENTER, et. al.,<br><br>                  Respondents. | Case No. EDCV 26-3144-CAS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: July 10, 2026

_Christina A. Snyder_
___                                        ___
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE